EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>         Plaintiff,  )<br>           )<br>      v.   )<br>           )<br> DWAYNE UDO,   )<br>           )<br>         Defendant.  )<br>_____) | CR. NO. **CR02 00233**<br><br>INDICTMENT<br><br>21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(B) |

INDICTMENT

COUNT 1

The Grand Jury charges:

Between March 1, 2002, and March 19, 2002, in the District of Hawaii, the defendant, DWAYNE UDO, intentionally and knowingly distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code,


SEALED
BY ORDER OF THE COURT

Sections 841(a)(1) and 841(b)(1)(B).

COUNT 2

The Grand Jury further charges:

Between March 20, 2002 and April 3, 2002, in the District of Hawaii, the defendant, DWAYNE UDO, intentionally and knowingly distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: June 5, 2002 at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

2